UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br>　v.<br>FERRILL VOLPICELLI,<br><br>　　　　　　　　Defendant. | Case No. 3:96-cr-00046-HDM-RAM<br><br>ORDER |

　　The defendant in this closed criminal case has filed a motion asking the court to compel the government to provide him with documents proving (1) he has completely paid the fine imposed in this case, and (2) that his tax indebtedness stemming from the judgment of conviction has been fully satisfied.

　　The records of this court reflect that the fine imposed in this action has been paid in full. The court is in no position to advise as to the status of the defendant's indebtedness to the Internal Revenue Service, nor is a motion filed in this closed criminal action a proper way to obtain such information. Accordingly, the defendant's motion to compel (ECF No. 73) is hereby DENIED.

　　IT IS SO ORDERED.

　　DATED: This 7th day of October, 2021.

　　　　　　　　　　　　　　_Howard D. McKibben_
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE